722 A.2d 930

IN THE MATTER OF CYNTHIA LOU SHARP, F/K/A CYNTHIA S. JENKINS, AN ATTORNEY AT LAW.

January 29, 1999.

## ORDER

The Disciplinary Review Board on October 23, 1998, having filed with the Court its decision concluding that **CYNTHIA LOU SHARP**, who formerly practiced law as **CYNTHIA S. JENKINS**, of **HADDON HEIGHTS**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 7.1(a)(1) (making false or misleading communications about lawyer's services);

And the Disciplinary Review Board having further concluded that for a period of two years respondent should be required to submit to the Supreme Court Committee on Attorney Advertising all proposed advertisements for her practice;

And good cause appearing;

It is ORDERED that **CYNTHIA LOU SHARP** is hereby reprimanded; and it is further

ORDERED that for a period of two years respondent shall submit to the Supreme Court Committee on Attorney Advertising all proposed advertisements for her practice, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.